United States Bankruptcy Court

Northern District of Alabama

Garner,
    Plaintiff

Adv. Proc. No. 21-80046-CRJ

Afterpay,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Angelica Elizabeth Garner, 12 Desert Oak Ct SW, Huntsville, AL 35824-4104 |
| dft | + | TrueAccord, 16011 College Blvd, Ste 130, Lenexa, KS 66219-9877 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: bankruptcynotices@afterpay.com | Jun 21 2021 23:51:00 | Afterpay, 600 California St, 11th Floor, San Franicsco, CA 94108 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Melissa W. Larsen | on behalf of Plaintiff Angelica Elizabeth Garner mwlarsen67@gmail.com pbetancur.dezlaw@gmail.com;r64206@notify.bestcase.com |
| Michele T. Hatcher | ecf@ch13decatur.com michele.hatcher@ch13decatur.com |
| Richard M Blythe | |

Richard_Blythe@alnba.uscourts.gov courtmaildec@alnba.uscourts.gov

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF ALABAMA
NORTHERN DIVISON

IN RE:

| | | |
|---|---|---|
| MICHAEL DARNELL GARNER, JR., | ) | |
| SSN: XXX-XX-8472, | ) | |
| ANGELICA ELIZABETH GARNER, | ) | CASE NO.: 21-80004-CRJ-13 |
| SSN: XXX-XX-4134 | ) | |
| | ) | |
| Debtors. | ) | CHAPTER 13 |
| _____ | ) | |
| | ) | |
| ANGELICA ELIZABETH GARNER, | ) | |
| SSN: XXX-XX-4134 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP NO.: 21-80046-CRJ |
| | ) | |
| AFTERPAY, and | ) | |
| TRUEACCORD, CORP. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ON APPLICATION FOR ATTORNEY'S FEES

This matter came before the Court for hearing on June 16, 2021 upon Counsel's Application for Attorney's Fees. Appearances were made by Melissa W. Larsen, counsel for the Debtor, Michele T. Hatcher, Chapter 13 Trustee and Richard Blythe, counsel for the Bankruptcy Administrator. No objections were filed and counsel for the Bankruptcy Administrator filed a Statement of Review, recommending approval.

It is therefore ORDERED, ADJUDGED, and DECREED that the Application by Melissa W. Larsen for Attorney's Fees in the amount of $2,130.00 is hereby APPROVED.

Dated this the 21st day of June, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by: Melissa W. Larsen
Approved by: Michele T. Hatcher, Chapter 13 Trustee
Richard Blythe, Bankruptcy Administrator's Office